**P.C. PIRON, Plaintiff–Appellant,**

v.

**WESTWOOD SELF STORAGE, Defendant–Appellee.**

No. 01–56210.

D.C. No. CV–00–05144–TJH.

United States Court of Appeals, Ninth Circuit.

Submitted June 10, 2002.*

Decided June 19, 2002.

Before O'SCANNLAIN, BERZON, and RAWLINSON, Circuit Judges.

MEMORANDUM**

P.C. Piron appeals pro se the district court's order denying his application to proceed in forma pauperis. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review for abuse of discretion. *See O'Loughlin v. Doe,* 920 F.2d 614, 616 (9th Cir.1990). We affirm.

The district court did not abuse its discretion in denying Piron leave to file in forma pauperis because Piron's action is frivolous. *See id.* at 617 (holding that in forma pauperis complaint may be dismissed as frivolous when it contains no arguable basis in law or fact).

**AFFIRMED.**

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

